IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETRO GOLF MANAGEMENT COMPANY, LLC d/b/a THE GOLF CLUB OF DALLAS, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-1551-D |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Petro Golf Management, LLC d/b/a The Golf club of Dallas ("Plaintiff") and Travelers Property Casualty Company of America ("Defendant"). After considering the Motion, this Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims Plaintiff has asserted against Defendant in this lawsuit are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs incurred by Plaintiff and Defendant in this case shall be borne solely by the party, or parties, by whom they were incurred.

SIGNED this 24th day of July, 2017.

_____
JUDGE PRESIDING